# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 2:99-CR-36 |
| ) | |
| GREGORY L. HARDIN ) | |

## **O R D E R**

This criminal matter came before the Court on July 18, 2005, for a hearing in regard to the revocation of the defendant's term of supervised release. The defendant stipulated in open court that he has violated the terms of his supervised release by his conviction in NO. 2:03-CR-74. It was also undisputed that his guideline range is 18 to 24 months.

The Court FINDS that a consecutive sentence of 18 months is reasonable in this case for the following reasons:

(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

(B) to afford adequate deterrence to criminal conduct; and

(C) to protect the public from further crimes of the defendant.

Accordingly, it is hereby **ORDERED** that the defendant's term of supervised release is **REVOKED** and that the defendant is sentenced to served 18 months. It is also hereby **ORDERED** that this term shall run **CONSECUTIVELY** to his sentence in 2: 03-CR-74. This sentence will not be followed by any additional term of supervised release.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE